PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-4266

IN RE: PHILADELPHIA NEWSPAPERS, LLC, ET AL.

CITIZENS BANK OF PENNSYLVANIA;
STEERING GROUP OF PREPETITION SECURED LENDERS,

Appellants

No. 09-4349

IN RE: PHILADELPHIA NEWSPAPERS, INC.,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
CITIZENS BANK OF PENNSYLVANIA;
STEERING GROUP OF PREPETITION SECURED LENDERS,

Official Committee of Unsecured Creditors,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 09-mc-00178)
District Judge: Honorable Eduardo C. Robreno

Argued December 15, 2009

Before:  AMBRO, SMITH and FISHER, <u>Circuit Judges</u>

(Opinion Filed: March 22, 2010)

**<u>ORDER  AMENDING DISSENTING OPINION</u>**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Dissenting Opinion in the above case filed March 22, 2010, be amended as follows:

On page 14, paragraph 3, line 6, change "contrary" to "contract".

By the Court,

<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated:  May 7, 2010
PDB/cc: All Counsel of Record

2